# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Fhalyn Gilbert<br><br>        Debtor(s) | Case No. 14 B 39695 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/31/2014.

2) The plan was confirmed on 04/15/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/15/2015, 04/15/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/15/2015.

5) The case was Converted on 07/23/2015.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,250.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,250.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $50.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$50.00** |

Attorney fees paid and disclosed by debtor:       $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADT Security Systems | Unsecured | 494.00 | NA | NA | 0.00 | 0.00 |
| Advance America | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Medical Center | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban Hospital | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| AFNI, Inc | Unsecured | 551.00 | NA | NA | 0.00 | 0.00 |
| Alcoa | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| Alternative Revenue | Unsecured | 649.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 3,586.00 | 3,981.42 | 3,981.42 | 0.00 | 0.00 |
| Asset Acceptance, LLC | Unsecured | 990.00 | NA | NA | 0.00 | 0.00 |
| Black Expressions | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| Calvary Daycare Center | Unsecured | 1,074.50 | NA | NA | 0.00 | 0.00 |
| Cascade Capital | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 495.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 402.00 | 402.73 | 402.73 | 0.00 | 0.00 |
| Convergent Outsourcing, Inc. | Unsecured | 3,200.00 | NA | NA | 0.00 | 0.00 |
| Credit Management | Unsecured | 1,387.00 | NA | NA | 0.00 | 0.00 |
| Debt Recovery Solutions | Unsecured | 2,000.00 | 957.68 | 957.68 | 0.00 | 0.00 |
| Department Of Education | Unsecured | 22,000.00 | 22,282.39 | 22,282.39 | 0.00 | 0.00 |
| Enhanced Recovery Co | Unsecured | 547.00 | NA | NA | 0.00 | 0.00 |
| GE Money Bank | Unsecured | 4,068.00 | NA | NA | 0.00 | 0.00 |
| Governor's State University | Unsecured | 6,080.00 | NA | NA | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 0.00 | 6,544.40 | 6,544.40 | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 0.00 | 42,914.38 | 42,914.38 | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 1,005.00 | 44.11 | 44.11 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 718.00 | 462.00 | 462.00 | 0.00 | 0.00 |
| MCSI | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Metrosouth | Unsecured | 746.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collection Service | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| North Shore Agency LLC | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Hospital | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store Of Illinois Inc | Unsecured | 1,593.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PFG of Minnesota | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| PLS Loan | Unsecured | 1,476.00 | NA | NA | 0.00 | 0.00 |
| Primary Heatlhcare Assoc | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| Professional Account Management, In | Unsecured | 648.00 | NA | NA | 0.00 | 0.00 |
| Receivable Management | Unsecured | 492.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 331.00 | 331.91 | 331.91 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 120.29 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 50,000.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA Inc | Secured | 15,104.84 | 15,104.84 | 15,104.84 | 1,200.00 | 0.00 |
| SKO Brenner American, Inc | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| South Park Pediatrics | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| Southland Rheumatology Center | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery | Unsecured | 1,387.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers Ltd | Unsecured | 0.00 | 309.00 | 309.00 | 0.00 | 0.00 |
| Town of Schererville | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 0.00 | 6,657.25 | 6,657.25 | 0.00 | 0.00 |
| Village of Dolton | Unsecured | 127.06 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,104.84 | $1,200.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$15,104.84** | **$1,200.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$84,887.27** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $50.00 |
| Disbursements to Creditors | $1,200.00 |
| **TOTAL DISBURSEMENTS:** | **$1,250.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/24/2015                              By: /s/ Marilyn O. Marshall
                                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**